| | |
|---|---|
| **JS-6** | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA, AND NEVADA, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> LAM AIR MECHANICAL, INC., et al., <br><br> Defendant(s). | CASE NO. CV11-02294-AHM (JEMx) <br><br> ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: July 19, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**